**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ALBERT EINSTEIN MEDICAL CENTER, | : | No. 364 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (GRIFFIS), | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

   **AND NOW**, this 15th day of March, 2021, the Petition for Allowance of Appeal is

**DENIED**.